BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN CELEDON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-CV-00449<br><br>MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS; ORDER THEREON |

    The Acting Commissioner of Social Security hereby moves for a stay of proceedings in the above-captioned case until Congress has restored appropriations.

    1.    At the end of the day on September 30, 2013, the Appropriations Act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the Social Security Administration. The Department does not know when funding will be restored by Congress.

    2.    Absent an appropriation, Department of Justice attorneys and employees of the Social Security Administration are prohibited from working, even on a voluntary basis, except in

very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel therefore requests a stay of proceedings until Congress has restored appropriations to both the Department of Justice and the Social Security Administration.

4. If this motion for a stay is granted, the Government requests that, when Congress has appropriated funds for the Department of Justice and the Social Security Administration, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized the undersigned counsel to state that there is no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Acting Commissioner of Social Security hereby moves for a stay of proceedings in this case until Department of Justice and Social Security Administration attorneys are permitted to resume their usual civil litigation functions.

                                       Respectfully submitted,

Dated: October 1, 2013           BENJAMIN B. WAGNER
                                       United States Attorney
                                       DONNA L. CALVERT
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration

                          By:    /s/ *Elizabeth Barry*
                                  ELIZABETH BARRY
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED:  <u>10/3/2013</u>                             <u>/s/ SANDRA M . SNYDER            </u>
                                                                         UNITED STATES MAGISTRATE JUDGE