1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff MARYANN CELEDON
6

7
   **UNITED STATES DISTRICT COURT**
8
   **EASTERN DISTRICT OF CALIFORNIA**
9
   **FRESNO DIVISION**
10

11
   | | | |
   |---|---|---|
   | MARYANN CELEDON | ) | Case No.:   1:13-CV-0449-SMS |
   |  | ) |  |
   | Plaintiff, | ) | STIPULATION TO EXTEND |
   |  | ) | BRIEFING SCHEDULE |
   | vs. | ) |  |
   |  | ) |  |
   | MICHAEL J. ASTRUE, Commissioner | ) |  |
   |  | ) |  |
   | of Social Security, | ) |  |
   |  | ) |  |
   | Defendant | ) |  |

18

   TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

   Plaintiff Maryann Celedon ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to January 3, 2014; and that Defendant shall have until February 3, 2014, to file his opposition, if any is forthcoming. Any reply by plaintiff will be due February 10, 2013.

1  An extension of time for plaintiff is needed in order to properly address the
2  issues within the administrative record in this matter to avoid a confluence of due
3  dates in the midst of the holiday season as a result of the lapse in appropriations.
4  Counsel sincerely apologizes to the court for any inconvenience this may have had
5  upon it or its staff.

6  DATE: December 10, 2013     Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING
                                        /s/ *Steven G. Rosales*
                        BY: _____
                                Steven G. Rosales
                                Attorney for plaintiff MARYANN CELEDON

DATE:  December 10, 2013     BENJAMIN WAGNER
                                United States Attorney

                                */S/- Marla Letellier
                                _____
                                Marla Letellier
                                Special Assistant United States Attorney
                                Attorney for Defendant
                                [*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 3, 2014, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to February 3, 2014 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.  Any reply by plaintiff will be due February 10, 2013.

And, absent a showing of good cause, no further extensions will be granted.

IT IS SO ORDERED.

DATE: 12/11/2013           /s/ SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE JUDGE