1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   MARLA K. LETELLIER, CSBN 234969
4  Special Assistant United States Attorney
           160 Spear Street, Suite 800
5          San Francisco, California 94105
           Telephone:  (415) 977-8928
6          Facsimile:  (415) 744-0134
           E-Mail:  Marla.Letellier@ssa.gov
7
   Attorneys for Defendant
8
                         UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10
                                 FRESNO DIVISION
11

| | |
|---|---|
| MARYANN CELEDON, | CIVIL NO. 1:13-CV-00449-SMS |
| Plaintiff, | |
| vs. | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST); ORDER THEREON |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a thirty day extension, from February 5, 2014 to March 7, 2014,  in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

   This request is the result of a heavy workload for counsel responsible for briefing this case, including but not limited to the heavy backlog of work created by the temporary lapse in federal appropriations during October of 2013.  This request is not meant to cause intentional delay.

Stip for EOT, 1:13-cv-00449-SMS            1

Respectfully submitted,

             BENJAMIN WAGNER
             United States Attorney

Dated: February 4, 2014   By: /s/ *Marla K. Letellier*
             MARLA K. LETELLIER
             Special Assistant United States Attorney
             Attorneys for Defendant

             LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: February 4, 2014   By: /s/ *Steven G. Rosales*
             STEVEN G. ROSALES
             Attorney for Plaintiff
             (as approved by email on February 4, 2014)

       PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 2/4/2014      /s/ SANDRA M. SNYDER
             UNITED STATES MAGISTRATE JUDGE