```
BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
       E-Mail:  Marla.Letellier@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARYANN CELEDON,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. 1:13-CV-00449-SMS<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST); ORDER THEREON |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a thirty day extension, from March 7, 2014, to April 7, 2014, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

This request is the result of both a heavy workload for counsel responsible for briefing this case and counsel's travel schedule.  For example, counsel is responsible, in addition to other agency matters, for briefing dispositive motions in thirteen other federal district court cases during the month of March,

Stip for EOT, 1:13-cv-00449-SMS　　　　　　　　1

as well as one Ninth Circuit brief.  Additionally, counsel will be out of the office on March 7-10, 2014 and March 19-26.  This request is not meant to cause intentional delay.

                        Respectfully submitted,

                        BENJAMIN WAGNER  
                        United States Attorney

Dated: March 4, 2014        By: /s/ *Marla K. Letellier*  
                                      MARLA K. LETELLIER  
                                      Special Assistant United States Attorney  
                                      Attorneys for Defendant

                                      LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: March 4, 2014        By: */s/ Steven G. Rosales*  
                                        STEVEN G. ROSALES  
                                      Attorney for Plaintiff  
                                      (as approved by email on February 4, 2014)

                      PURSUANT TO STIPULATION, IT IS SO ORDERED:

    That Defendant shall have a thirty day extension, from March 7, 2014, to April 7, 2014, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion. **<u>No further extensions will be granted.</u>**

DATED:  <u>3/4/2014</u>              /s/ SANDRA M. SNYDER  
                                      UNITED STATES MAGISTRATE JUDGE